GUARANTY TRUST CO. *v.* SMITH.

This case is controlled by *Detroit Trust Co.* v. *Smith,* 256 Mich. 376.

Appeal from Wayne; Boomhower (Xenophon), J., presiding.   Submitted October 21, 1931.   (Docket No. 165, Calendar No. 35,976.)   Decided March 2, 1932.

Assumpsit by Guaranty Trust Company of Detroit, a Michigan corporation, against Frederick P. Smith on promissory notes.  Judgment for plaintiff. Defendant appeals.  Affirmed.

*Martin, Hunt & Field,* for plaintiff.

*A. D. Ruegsegger,* for defendant.

NORTH, J.   The material facts and issues in this case are the same as in *Detroit Trust Co.* v. *Smith,* 256 Mich. 376, and that decision is controlling.  Affirmed.

CLARK, C. J., and McDONALD, POTTER, SHARPE, FEAD, WIEST, and BUTZEL, JJ., concurred.